IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>JANETTA A. LENSTROM,<br><br>     Defendant. | **4:14CR3034**<br><br>**MEMORANDUM AND ORDER** |

The government has moved to exclude time under the Speedy Trial Act, explaining the Defendant is currently undergoing mental health examinations, testing, and treatment. (Filing No. 21). The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)   The government's motion, (filing no. 21), is granted.

2)   The trial and pretrial motion deadlines are set aside pending further order of the court.

3)   Defense counsel shall promptly advise the court and opposing counsel when Defendant is mentally stable and able to participate in preparing this case for final resolution.

4)   The ends of justice served by granting the government's motion outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between Defendant's admission to a crisis unit on June 5, 2014, and the date when Defendant is released from the Great Plains Regional Medical Center, the Lincoln Regional Center, or at which time the examinations, testing and treatment to determine Defendant's mental competency are complete, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(A).

June 30, 2014.

          BY THE COURT:

          *s/ Cheryl R. Zwart*
          United States Magistrate Judge